

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00085-CV

Eliza **FLORES**,
Appellant

v.

**HEB GROCERY COMPANY, LP** d/b/a Joe V's Smart Shop,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13876
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED April 22, 2020.

_____
Liza A. Rodriguez, Justice